ROCHESTER DRY GOODS COMPANY, Appellant, *v.* LOUISE K. FAHY, Respondent.

*Rochester Dry Goods Co.* v. *Fahy,* 111 App. Div. 748, affirmed.
(Argued May 1, 1907; decided May 21, 1907.)

APPEAL from a judgment entered March 22, 1906, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department overruling plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for defendant on a nonsuit granted at the Trial Term in an action to recover for an alleged breach of contract.

*Henry Adsit Bull* for appellant.

*George A. Carnahan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

CHARLES C. CURRY, Appellant, *v.* THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.

*Curry* v. *Prudential Ins. Co. of America,* 112 App. Div. 913, appeal dismissed.
(Argued May 2, 1907; decided May 21, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 20, 1906, which affirmed an order of the court at a Trial Term, setting aside a verdict in favor of plaintiff which had been directed by the court and granting a motion for a new trial in an action to recover commissions alleged to have been earned by plaintiff as agent for the defendant.

*Richard T. Greene* for appellant.

*William Ogden Campbell* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.